Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for Defendant
JPMorgan Chase Bank, N.A.

# DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| ROOSEVELT NEROES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STELLAR RECOVERY, INC.;<br>JPMORGAN CHASE BANK, N.A.;<br>EQUIFAX INFORMATION<br>SERVICES, LLC,<br><br>　　　　Defendants. | Case No. 2:17-cv-00449-GMN-VCF<br><br>**STIPULATION AND ORDER DISMISSING CLAIMS AGAINST JPMORGAN CHASE BANK, N.A., WITH PREJUDICE** |

Plaintiff Roosevelt Neroes ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A. ("Chase"), by and through their respective undersigned counsel, hereby stipulate as follows:

1. All claims asserted (or which could have been asserted) by Plaintiff in the above-captioned action as against Chase only shall be dismissed, with prejudice; and,

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2. Plaintiff and Chase shall each bear their own attorneys' fees and costs in connection with the above-captioned action.

| HAINES & KRIEGER | SMITH LARSEN & WIXOM |
|---|---|
| /s/ David Krieger | /s/ Kent F. Larsen |
| David Krieger, Esq.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br>Ph: (702) 880-5554<br>Fax: (702) 385-5518<br>Email: dkrieger@hainesandkrieger.com<br>Attorneys for Plaintiff<br>Roosevelt Neroes | Kent F. Larsen, Esq.<br>Nevada Bar No. 3463<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>Ph: (702)252-5002<br>Fax (702) 252-5006<br>Email: kfl@slwlaw.com<br>Attorneys for Defendant<br>JPMorgan Chase Bank, N.A. |
| Dated: May 17, 2017 | Dated: May 18, 2017 |

**ORDER**

**IT IS SO ORDERED**.

DATED this 22 day of May, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT